IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| NORFOLK SOUTHERN RALWAY COMPANY, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | Civil Action No. 2:12cv025 |
| v. | ) ) | |
| VIRGINIA FUEL CORP., | ) ) | By: Michael F. Urbanski United States District Judge |
| Defendant. | ) | |

## ORDER

Before the court is plaintiff's **Notice of Voluntary Dismissal of Action (Dkt. # 4)**, filed on September 17, 2012. Plaintiff requests that the above-captioned matter be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which provides that a plaintiff may voluntarily dismiss a civil action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." In this case, defendant has not filed an answer or a motion for summary judgment. Accordingly, **IT IS ORDERED** that the above-captioned matter is **DISMISSED WITHOUT PREJUDICE** and will be stricken from the active docket of the court.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record.

Entered: October 1, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge